# United States Court of Appeals for the Federal Circuit

---

**ANCHORAGE, A MUNICIPAL CORP.,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

---

2022-1719

---

Appeal from the United States Court of Federal Claims in No. 1:14-cv-00166-EJD, Senior Judge Edward J. Damich.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED-IN-PART, AFFIRMED-IN-PART, AND REMANDED**

FOR THE COURT

December 16, 2024
Date

Jarrett B. Perlow
Clerk of Court