NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANCHORAGE, A MUNICIPAL CORP.,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant-Appellant*

---

2022-1719

---

Appeal from the United States Court of Federal Claims in No. 1:14-cv-00166-EJD, Senior Judge Edward J. Damich.

---

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

---

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.[1]

PER CURIAM.

**O R D E R**

---

[1] Circuit Judge Newman did not participate.

Anchorage filed a combined petition for panel rehearing and rehearing en banc. The petition was first referred as a petition to the panel that heard the appeal, and thereafter the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

FOR THE COURT

March 6, 2025
Date

Jarrett B. Perlow
Clerk of Court